IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID CONRAD ALVERSON, SR.,**
**ADC #113341**                                                                                **PLAINTIFF**

**V.**               **CASE NO. 4:20-CV-149-BRW-BD**

**TURN KEY MEDICAL SERVICES,** *et al*.                          **DEFENDANTS**

## ORDER

On February 10, 2020, David Conrad Alverson, Sr., an Arkansas Department of Correction (ADC) inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mr. Alverson claims that he was denied adequate medical care while held at the Sebastian County Jail.

Sebastian County lies in the Western District of Arkansas. The interests of justice, therefore, would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). To that end, the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 14th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE